**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Ossama Eldahshoury,

      Plaintiff,                       Civil No. 08-6420 (RHK/SRN)

vs.                              **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

Denise Frazier, et al.,

      Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: December 19, 2008

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge